No. 09-8595. Daniel Isaac Cu-Yanes, Petitioner v. United States.

559 U.S. 996, 130 S. Ct. 1747, 176 L. Ed. 2d 220, 2010 U.S. LEXIS 2338.

March 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 349 Fed. Appx. 940.

No. 09-8598. Paul Anthony Cass, Petitioner v. United States.

559 U.S. 996, 130 S. Ct. 1747, 176 L. Ed. 2d 220, 2010 U.S. LEXIS 2308.

March 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 331 Fed. Appx. 684.

No. 09-8601. Wainsworth Marcellus Hall, Petitioner v. United States.

558 U.S. 996, 130 S. Ct. 1747, 176 L. Ed. 2d 220, 2010 U.S. LEXIS 2333.

March 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 334 Fed. Appx. 540.

No. 09-8606. Michael Burnett, Petitioner v. United States.

559 U.S. 996, 130 S. Ct. 1747, 176 L. Ed. 2d 220, 2010 U.S. LEXIS 2293.

March 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

No. 09-8608. Celerino Castillo, III, Petitioner v. United States.

559 U.S. 996, 130 S. Ct. 1748, 176 L. Ed. 2d 220, 2010 U.S. LEXIS 2283.

March 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 333 Fed. Appx. 874.

No. 09-8630. Napoleon Brown, Petitioner v. California.

559 U.S. 996, 130 S. Ct. 1748, 176 L. Ed. 2d 220, 2010 U.S. LEXIS 2302.

March 8, 2010. Petition for writ of certiorari to the Court of Appeal of California, First Appellate District, denied.

No. 09-8662. Louie Bracamonte, Petitioner v. William Sullivan, Warden.

559 U.S. 996, 130 S. Ct. 1748, 176 L. Ed. 2d 220, 2010 U.S. LEXIS 2245.

March 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

No. 09-8679. Douglas Dempsey, Petitioner v. Leroy Cartledge, Warden.

559 U.S. 996, 130 S. Ct. 1748, 176 L. Ed. 2d 220, 2010 U.S. LEXIS 2296.

March 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 329 Fed. Appx. 495.

No. 09-8726. Michael Anthony Corbin, Petitioner v. United States.

559 U.S. 996, 130 S. Ct. 1748, 176 L. Ed. 2d 220, 2010 U.S. LEXIS 2258.

March 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 349 Fed. Appx. 935.

No. 09-8735. Brandon Darnell Reynolds, Petitioner v. United States.

559 U.S. 996, 130 S. Ct. 1749, 176 L. Ed. 2d 220, 2010 U.S. LEXIS 2242.

March 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 349 Fed. Appx. 915.